RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 28 2015

Abel Acosta, Clerk

82,727-01                    1/20/15
CASE APPEAL NO.
Hab eas
Corpus #1279130
-A-

With Respect To the Court Of Criminal

Appeals.

Once Again I Come to you to Ask for Help.
Help to Ask Did you All Acknowledge
Harris County of my Complians. Which is
Lack of Staying on Top of My Trial
Lawyer Mr. Patrick S. Ruzzo, For failing
To Aply To An Affdauit of A

States Proposed Order Designating Issues.
For My Ineffective Asst. of Counsel. Which
He (Mr Ruzzo) Had 20 Days To Respond to,
Which Was Back in (July 10, 2014). All im
Asking is To Be Granted A Retrial, or
For the Case to Be Dismissed, Since
The District Attoney and Honorable Judge
of Court Room 232nd of Harris County
Failing to MAKE Mr. Ruzzo Do His Job.
Sorry for Keep Boring you All. But
Im Not Being Heard. Thank you All